UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :

RLI INSURANCE COMPANY,           :        25cv5116 (DLC)
                                     :
                     Plaintiff,    :         ORDER
         -v-                      :
                                     :
PRO-METAL CONSTRUCTION INC., et al.,   :
                                     :
                    Defendants.   :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

It having been reported to this Court that "settlement is imminent" in this case, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 2, 2026.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          January 29, 2026

                                    _____
                                      DENISE COTE
                        United States District Judge